UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DENNIS FLAHERTY, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | C.A. NO.: 1:15-cv-00566-RP |
| | § | |
| BIG RED, INC., NORTH AMERICAN BEVERAGES, LLC, and DOES 1-5. | § | |
| | § | |
| *Defendants* | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or its counsel(s), and the Defendant(s), having neither served an answer nor a motion for summary judgment, and having come to an Agreement to resolve all claims, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*.

The Court shall maintain jurisdiction to enforce the Agreement.

This 11th day of August, 2015.

Respectfully submitted,

_____s/ John M. DeBoer_____
John M. DeBoer
DeBoer IP PC
TX State Bar No. 24069590
2211 Rayford Rd., #111-116
Spring, Texas 77386
Ph: (832) 510-4332
Fax: (888) 829-5994
Email: john@deboerip.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2015, I caused the foregoing to be electronically filed through the Court's ECF/ECM System.  I hereby certify that I have served all counsel for parties of record electronically or by another manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                                \_\_\_\_\_s/ John M. DeBoer_____
                                                John M. DeBoer